IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGIONAL EMPLOYERS' ASSURANCE : CIVIL ACTION
LEAGUES VOLUNTARY EMPLOYEES :
BENEFICIARY TRUST, ET AL. :
:
v. :
:
MICHAEL O'BRIEN, D.M.D., P.C., :
ET AL. : NO. 12-2207

<u>ORDER</u>

AND NOW, this 14th day of November, 2013, upon consideration of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 7), and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED as to defendants Michael O'Brien, D.M.D., P.C., and Michael O'Brien.

BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.